■ DOROTHY M. PANZARELLA, Respondent, v MULTIPLE PARKING SERVICES, INC., Appellant. (Appellant No. 2.) [661 NYS2d 569] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Set Aside Verdict.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.